Faith A. Devine, Esq.  (SBN 146744)
*faith@fraudlawgroup.com*
5857 Owens Avenue, Suite 300
Carlsbad, California  92008-5507
Telephone : 760-482-7095
Facsimile   : 760-400-8361

*Court Appointed Receiver*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>CRAIG ARSENAULT, ATLAS CAPITAL MANAGEMENT, INC., and ACT GLOBAL INVESTMENTS,<br><br>Defendants. | Case No.  8:18-cv-02220-DOC-(KESx)<br><br>**RECEIVER'S NOTICE OF AND FIRST INTERIM FEE APPLICATION**<br><br>Judge   :      Hon. David O. Carter<br>Ctrm    :      9D<br>Date:          June 29, 2020<br>Time:          8:30 a.m. |

TO ALL PARTIES:

On June 29, 2020, Faith A. Devine, Court-appointed Receiver will present her First Interim Fee Application to the Court for approval.  Any opposition shall be filed on or before 21 days before the scheduled hearing date of June 29, 2020.

Faith A. Devine, Court-appointed Receiver was appointed by Preliminary Injunction entered December 27, 2019 (ECF No. 14).  The Preliminary Injunction directs that, "[a]ll applications for costs, fees, and expenses for services rendered in connection with the receivership other than routine and necessary business expenses in conducting the receivership, such as salaries, rent, and any and all other

reasonable operating expenses, shall be made by application setting forth in reasonable detail the nature of the services and shall be heard by the Court." (Section XI, page 10.)

Further, Section IX(G) of the Preliminary Injunction directs the Receiver to "employ attorneys, accountants, and others to investigate and, where appropriate, to institute, pursue, prosecute and defend all claims and causes of action of whatever kind and nature which may now or hereafter exist as a result of the activities of present or past employees or agents of the "Receivership Entity"."

The Receiver now submits this First Interim Fee Application for approval to pay the following for services rendered during the period January 2, 2019 through May 31, 2020:  $42,273.10 in  fees and expenses of the Receiver and staff to be paid to Faith A. Devine dba Fraud Law Group, and $119,020.35 in fees and expenses of the Receiver's counsel, Weiland, Golden & Friedman.

The requested fees and expenses, and the invoices regarding them, are detailed and reviewed in the Declaration of Faith A. Devine filed concurrently with this Application.

This Application is made pursuant to Section XI of the Preliminary Injunction and is based upon this Notice of Application, the Declaration of Faith A. Devine, and upon such other pleadings and oral and documentary evidence as may be presented at or before the time of the hearing on the Application.

Respectfully submitted,

Dated:  June 1, 2020                              Faith A. Devine, Receiver

By: /s/ Faith A. Devine

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 1, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all participants in the case who are registered CM/ECF users.

<u>/s/ Faith A. Devine</u>
FAITH A. DEVINE