Faith A. Devine, Esq.  (SBN 146744)
*faith@fraudlawgroup.com*
5857 Owens Avenue, Suite 300
Carlsbad, California  92008-5507
Telephone : 760-482-7095
Facsimile   : 760-400-8361

*Court Appointed Receiver*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>CRAIG ARSENAULT, ATLAS CAPITAL MANAGEMENT, INC., and ACT GLOBAL INVESTMENTS,<br><br>Defendants. | Case No.  8:18-cv-02220-DOC-(KESx)<br><br>**DECLARATION OF FAITH A. DEVINE IN SUPPORT OF MOTION TO TERMINATE RECEIVERSHIP, DISCHARGE RECEIVER, AND AUTHORIZE FINAL PAYMENT OF FEES**<br><br>Judge : Hon. David O. Carter<br>Ctrm  : 9D<br>Date: May 2, 2022<br>Time: 8:30 a.m. |

I, Faith A. Devine, hereby declare as follows:

1. By the Preliminary Injunction entered December 27, 2019 (ECF No. 14), the Court appointed me Permanent Receiver for Defendant Act Global Investments, and its successors, subsidiaries or affiliates, including but not limited to AJF Development Group, LLC (the "Receivership Entity"). I have personal knowledge of the facts set forth in this Declaration and if called as a witness I could and would competently testify to the facts stated herein.

2. On June 25, 2020, this Court approved my First Interim Fee Application for the payment of fees and expenses from the inception of the receivership on December 27, 2019 through May 31, 2020. I now seek approval for the payment of fees and expenses from June 1, 2020 to April 4, 2022. Since, as described below, the Receivership has successfully collected and paid to the investors 100% of their net stripped capital, I am also requesting to be discharged from my Receivership duties. The payment I am requesting approval to pay will be my final payment.

**Receivership Activities**

3. I filed a First Status Report and Accounting on March 6, 2019 (ECF No. 22) and a Second Status Report and Accounting on May 29, 2020 (ECF No. 107). I am filing my Final Status Report and Accounting concurrently with the filing of my Motion for Discharge. Each of these reports summarizes my implementation of the Preliminary Injunction, the business activities and financial condition of the Receivership Entity, the resolution of pending litigation against the Receivership Entity, the collection efforts of the Receivership, and the successful conclusion of the Receivership through the payment of 100% of net stripped capital to the investors. The Final Status Report also reflects the services which are the subject of my request for final payment of fees and expenses.

4. Over the course of the Receivership, I have communicated with the defendant Craig Arsenault who is the sole owner of the Receivership entity Act

Global Investments, Inc ("ACT"). Mr. Arsenault turned over the Quick Books accounting to me, but still retained the rights to view the accounting. This was done so that he could file the tax returns for ACT. Mr. Arsenault agreed to accept responsibility for the tax returns since ACT is an S corporation which flows through to his individual income tax return. As part of my discharge order, I am requesting that the court order me to return the Quick Books accounting to Mr. Arsenault, and to also order Mr. Arsenault to file all tax returns.

**Fees and Expenses of Receiver and Staff**

4. The total fees for my time as Receiver and my professional staff from June 1, 2020 to April 4, 2022 are $11,050 . The services provided by my professional staff and I are detailed in the invoice which is attached as Exhibit A. That invoice includes services provided by the myself and my financial analyst Anita Childress.

5. My invoice also includes expenses totaling $75 as detailed in Exhibit A.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 4th day of April, 2022.

*Faith Devine*
_____
Faith A. Devine

# EXHIBIT A



# INVOICE

INVOICE NUMBER:  174
INVOICE DATE:  APRIL 04, 2022

FROM: Faith Devine
2155 W. State Route 89A
Ste. 211
Sedona, AZ 86336

TO: Act Global Investments
5857 Owens Avenue
Suite 300
Carlsbad, CA 92008

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | SERVICES | | | |
| JUN-12-20 | FAD | TC w/ Arsenault re payments and case status; prepare and file proposed order re fee application with court | 1.20 | $275.00 | $330.00 |
| JUL-21-20 | FAD | review proposed offer re Oceanside; emails to F Contreras and E. Goodrich re same | 1.00 | $275.00 | $275.00 |
| AUG-03-20 | FAD | TC w/ Goodrich re Oceanside offer; email to Contreras re Oceanside | 0.50 | $275.00 | $137.50 |
| AUG-04-20 | FAD | TC w/ M. Connelly re proposed offer to purchase Oceanside property | 0.50 | $275.00 | $137.50 |
| SEP-01-20 | FAD | TC w/ investor Monroe re status of sale of Oceanside property | 0.50 | $275.00 | $137.50 |
| SEP-30-20 | AKC | update ledger; record receipts and payments to investors | 1.00 | $50.00 | $50.00 |
| OCT-15-20 | FAD | prepare and file notice of distributions to investors; attend to administrative and banking matters of receivership | 1.00 | $275.00 | $275.00 |
| OCT-29-20 | FAD | review and respond to emails from OPV counsel re potential sale of property; review purchase agreement; respond to emails from victim Donner | 1.00 | $275.00 | $275.00 |
| JAN-06-21 | FAD | review respond to emails from Shulman re 5 Star payments; check bank balances to confirm receipt of 5 star payments and funds available for investor distributions | 0.50 | $275.00 | $137.50 |
| JAN-11-21 | FAD | review bank deposits; prepare investor distributions; emails to investors; prepare and file notice of distribution to court | 1.00 | $275.00 | $275.00 |
| MAR-22-21 | FAD | review purchase contract re Oceanside; email to C Thacker re status | 1.00 | $275.00 | $275.00 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| MAR-24-21 | FAD | send follow up email to E Goodrich re sale of Oceanside property | 0.20 | $275.00 | $55.00 |
| APR-05-21 | FAD | prepare payoff demand re Oceanside property sale; email communications w/ investor Thacker re status of Oceanside sale and 5 Star homes payments | 1.00 | $275.00 | $275.00 |
| APR-09-21 | FAD | TC w/ attorneys for Haddadin re Oceanside sale | 1.00 | $275.00 | $275.00 |
| APR-14-21 | FAD | emails to Escrow re payoff demand | 0.50 | $275.00 | $137.50 |
| APR-16-21 | FAD | TC to escrow officer re Oceanside property sale | 0.40 | $275.00 | $110.00 |
| APR-17-21 | FAD | TC w/ Buyer of Oceanside property re loan funding and possible extension; review documents re proof of intent to fund; emails to Johnson re same | 1.00 | $275.00 | $275.00 |
| APR-19-21 | FAD | TC w/ escrow officer re closing on Oceanside property; email to escrow officer re same; review closing statement | 0.50 | $275.00 | $137.50 |
| APR-23-21 | FAD | review and respond to emails from Shulman re investor payoff amounts; calculate investor payoffs; TC w/ A Heimbold re case status; email to C. Thacker re Oceanside sale | 1.00 | $275.00 | $275.00 |
| APR-29-21 | FAD | review and respond to emails from L. Shulman re 5 star payoff; review spreadsheets prepared by Arsenault; respond to email from R Donner | 1.00 | $275.00 | $275.00 |
| MAY-03-21 | FAD | review and respond to emails from C. Thacker | 0.30 | $275.00 | $82.50 |
| MAY-04-21 | FAD | review and respond to emails from A. Heimbold re future distributions | 0.20 | $275.00 | $55.00 |
| MAY-05-21 | FAD | TC w/ counsel for A. Heimbold re AHSH distributions | 0.50 | $275.00 | $137.50 |
| MAY-21-21 | FAD | TC w/ Arsenault re Stewart claims to estate and other investor distributions | 0.50 | $275.00 | $137.50 |
| MAY-28-21 | FAD | communications w/ investors re distributions and winding up receivership | 0.50 | $275.00 | $137.50 |
| JUN-09-21 | FAD | TC w/ investor Heimbold re status; review and respond to email from investor Donner re status of distributions | 0.50 | $275.00 | $137.50 |
| JUN-14-21 | FAD | TC w/ Arsenault re status of case | 0.20 | $275.00 | $55.00 |
| JUN-23-21 | FAD | review file to determine next steps for wind down of receivership; email to SEC re same | 0.50 | $275.00 | $137.50 |
| JUN-24-21 | FAD | return call from investor Monroe | 0.10 | $275.00 | $27.50 |
| JUN-25-21 | FAD | TC w/ Arsenault re status of 5 Star and Stewart claims | 0.20 | $275.00 | $55.00 |
| JUN-29-21 | FAD | TC w/ investor Monroe re status of distribution | 0.10 | $275.00 | $27.50 |
| JUL-01-21 | FAD | TC w/ Arsenault re status of Stewart claim; review and respond to email from investor Donner | 0.20 | $275.00 | $55.00 |

INVOICE NUMBER: 174

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JUL-15-21 | FAD | TC Arsenault re 5 Star payments; review 5 star records | 0.20 | $275.00 | $55.00 |
| JUL-20-21 | FAD | review and respond to email inquiries from R. Donner and S. Heimbold | 0.20 | $275.00 | $55.00 |
| JUL-22-21 | FAD | review financial records for 5 star; email to Arsenault re disputed payments | 1.00 | $275.00 | $275.00 |
| JUL-23-21 | FAD | respond to email from investor Thacker; emails to Shulman re Stewart claim and 5 Star repayment | 0.50 | $275.00 | $137.50 |
| AUG-02-21 | FAD | follow up email to Shulman re status of agreement with Stewart | 0.10 | $275.00 | $27.50 |
| AUG-06-21 | FAD | review and respond to emails from investors Thacker and Donner; review and respond to email from Shulman re 5 star stipulation; review proposed stipulation prepared by Shulman | 0.50 | $275.00 | $137.50 |
| AUG-08-21 | FAD | review and revise stipulation re 5 Star and Stewart; review financial records; email to SEC | 1.00 | $275.00 | $275.00 |
| AUG-09-21 | FAD | review and respond to emails from Shulman re 5 star claim settlement | 0.20 | $275.00 | $55.00 |
| AUG-31-21 | FAD | emails to investors re status of distribution; review court order approving distribution; calculate distribution amounts to investors; telephone calls w/ bank to wire funds to investors; prepare paperwork to distribute checks to investors; TC w/ Arsenault re status | 1.50 | $275.00 | $412.50 |
| SEP-03-21 | FAD | prepare and file notice of ninth interim distribution; email to investor Monroe re status of collection efforts | 1.00 | $275.00 | $275.00 |
| NOV-23-21 | FAD | review and respond to emails from Arsenault and C. Thacker; email to AKC re Quickbooks issues | 0.30 | $275.00 | $82.50 |
| NOV-29-21 | FAD | review and respond to emails from AKC re Quickbooks account; review audit log for Quickbooks; email to Craig Aresenault re same | 0.50 | $275.00 | $137.50 |
| DEC-31-21 | AKC | update Quickbooks; reconcile accounts | 2.00 | $50.00 | $100.00 |
| JAN-24-22 | FAD | prepare paperwork for tenth interim distribution; prepare notice to file with court; email communications with investors re same | 1.20 | $275.00 | $330.00 |
| MAR-07-22 | FAD | follow up emails to Arsenault and Shulman re 5 star funds | 0.20 | $275.00 | $55.00 |
| MAR-08-22 | FAD | draft fee application and final status report; emails to SEC re termination of receivership | 1.50 | $275.00 | $412.50 |
| MAR-09-22 | FAD | review prior accounting reports and examples of receivership termination orders | 0.50 | $275.00 | $137.50 |
| MAR-14-22 | FAD | prepare final distributions to investors and file notice with courts; review books and records to determine what is needed to finalize the accounting of the receivership | 1.00 | $275.00 | $275.00 |

INVOICE NUMBER: 174

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| MAR-17-22 | FAD | email communications with Heimbold re distributions of approved claims | 0.50 | $275.00 | $137.50 |
| MAR-28-22 | FAD | continue drafting discharge motion and final fee application; emails to counsel re meet and confer requirements; review bank account balance; memo to A. Childress re final accounting issues and Quickbooks | 2.00 | $275.00 | $550.00 |
| MAR-29-22 | FAD | review and respond to emails from investors Heimbold and Donner re wind up of receivership | 0.50 | $275.00 | $137.50 |
| MAR-30-22 | AKC | prepare accounting of deposits and distributions; update Quickbooks; reconcile bank account | 2.00 | $50.00 | $100.00 |
| MAR-31-22 | FAD | prepare motion for discharge; review final accounting numbers; emails w/ A. Childress re final accounting | 3.00 | $275.00 | $825.00 |
| APR-04-22 | FAD | finalize and file motion for termination of receivership; final status report, and declaration | 3.00 | $275.00 | $825.00 |
| | | EXPENSES | | | |
| APR-04-22 | FAD | (Postage) courier fees to deliver courtesy copy documents to court | | | $75.00 |
| | | SUMMARY | | | |
| | | Total amount of services | | | $10,975.00 |
| | | Total amount of expenses | | | $75.00 |
| | | Total hours for this invoice | 44.00 | | |
| | | Total amount of this invoice | | | $11,050.00 |

### ACCOUNT INFORMATION

| | |
|---|---|
| Prior account balance as of JUN-01-2020 | $42,273.10 |
| Payment JUN-25-2020 - Wire Transfer | ($42,273.10) |
| Invoice 174 APR-04-2022 | $11,050.00 |
| Current account balance | $11,050.00 |

### AMOUNT DUE: $11,050.00

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all participants in the case who are registered CM/ECF users.

/s/ Faith A. Devine
FAITH A. DEVINE