Faith A. Devine, Esq.  (SBN 146744)
*faith@fraudlawgroup.com*
5857 Owens Avenue, Suite 300
Carlsbad, California  92008-5507
Telephone : 760-707-9287

*Court Appointed Receiver*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>CRAIG ARSENAULT, ATLAS CAPITAL MANAGEMENT, INC., and ACT GLOBAL INVESTMENTS,<br><br>Defendants. | Case No.  8:18-cv-02220-DOC-(KESx)<br><br>**RECEIVER'S FINAL STATUS REPORT AND ACCOUNTING**<br><br>Judge :   Hon. David O. Carter<br><br>Ctrm :     9D |

**RECEIVER'S FINAL STATUS REPORT AND ACCOUNTING**

**I.**

**INTRODUCTION**

   As Receiver for Defendant ACT Global Investments, Inc. ("ACT") and its successors, subsidiaries, and affiliates, including but not limited to AJF Development, LLC ("ACT") (hereinafter referred to as the "Receivership"), I submit this Final Status Report and Accounting

## II.
## RECEIVERSHIP ACTIVITIES

### A.  Receiveship Accounting

As set forth in the attached Standardized Fund Report for the period May 29, 2020 to March 31, 2022, the Receivership has a cash balance of $ 11,071.06. The Receiver has collected $1571,768.85 since filing her Second Status Report, and has disbursed $1,609,720.66 to investors.

The Receiver has not disbursed any funds to pay the professionals who have provided services to the Receivership since June 2020.  If the Court approves the Receiver's Motion for Discharge and Payment of Final Fee, which is being filed concurrently with this Status Report, the net cash balance will be approximately $0.

### B.  Distributions Made to Investors

On April 30, 2019, this Court issued its Order Approving Procedures for Final Determination of Investor Claims and First Interim Distribution to Investors. Pursuant to that order, the Receiver made ten interim distributions and one final distribution to investors totaling $3,368,703.70. This represents a 100% return on net stripped capital for the ACT investors.

## III.
## LIQUIDATION OF RECEIVERSHIP ASSETS

### A.  Loan Receivable from 5 Star Homes

Pursuant to the Stipulation and Order approved by this Court on August 30, 2021 (ECF No. 118), 5 Star paid its obligations to ACT.

### B.  Frost Venture Fund, LLC

Pursuant to this Court's April 30, 2019 Order Approving Procedures for Final Determination of Investor Claims, the Receiver executed all the paperwork required by the manager of the Frost Venture Fund, LLC ("Frost") to transfer the ownership of ACT's $495,000 investment in Frost to each individual investor.

C. **Arsenault Personal Loan**

Pursuant to the Stipulation and Order approved by this Court, Mr. Arsenault paid his obligation to ACT.

C. **Oceanside Property**

On or about April 23, 2021, the Oceanside Property was sold. The Receivership received $1,029,917.83 from the sale of the Oceanside Property. These funds were deposited into the ACT Global Receivership account at Torrey Pines Bank. These funds were, in turn, disbursed to the investors.

## V.

## THE RECEIVERSHIP SHOULD BE TERMINATED

Since all ACT investors have received a 100% return of their net stripped capital, the Receiver believes that there is no longer a need for a Receiver to operate the Receivership entities and, therefore recommends that the Receivership be terminated.

Dated: April 4, 2022

By: /s/ Faith A. Devine
Faith A. Devine
Receiver

# EXHIBIT A

STANDARDIZED FUND ACCOUNTING REPORT FOR ACT GLOBAL INVESTMENTS ET AL. RECEIVERSHIP-CASH BASIS
SEC v. CRAIG ARESNAULT ET AL, CASE NO. 18-CV-0220-DOC (KESx)
Reporting Period 5/29/2020 to 3/31/2022

| FUND ACCOUNTING (See Instructions): | | Detail | Subtotal | Grand Total |
|---|---|---:|---:|---:|
| Line 1 | Beginning Balance (As of MM/DD/YYYY): 5/29/20 | 210,745.32 | | |
| | **Increases in Fund Balance:** | | | |
| Line 2 | Business Income | 1,571,768.85 | | |
| Line 3 | Cash and Securities | | | |
| Line 4 | Interest/Dividend Income | | | |
| Line 5 | Business Asset Liquidation | | | |
| Line 6 | Personal Asset Liquidation | | | |
| Line 7 | Third-Party Litigation Income | | | |
| Line 8 | Miscellaneous - Other | | | |
| | Total Funds Available (Lines 1 – 8): | 1,782,514.17 | | 1,782,514.17 |
| | **Decreases in Fund Balance:** | | | |
| Line 9 | Disbursements to Investors | 1,609,720.66 | | |
| Line 10 | Disbursements for Receivership Operations | | | |
| Line 10a | Disbursements to Receiver or Other Professionals | 42,273.10 | | |
| Line 10b | Business Asset Expenses | | | |
| Line 10c | Personal Asset Expenses | | | |
| Line 10d | Investment Expenses | | | |
| Line 10e | Third-Party Litigation Expenses | | | |
| | 1. Attorney Fees | 119,020.35 | | |
| | 2. Litigation Expenses | | | |
| | Total Third-Party Litigation Expenses | | | |
| Line 10f | Tax Administrator Fees and Bonds | 429 | Misc/Wire Fees | |
| Line 10g | Federal and State Tax Payments | | | 1,771,443.11 |
| | Total Disbursements for Receivership Operations | 1,771,443.11 | | |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | | |
| Line 11a | Distribution Plan Development Expenses: | | | |
| | 1. Fees: | | | |
| | Fund Administrator........................................ | | | |
| | Independent Distribution Consultant (IDC).......... | | | |
| | Distribution Agent.......................................... | | | |
| | Consultants.................................................. | | | |
| | Legal Advisers.............................................. | | | |
| | Tax Advisers................................................. | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | Total Plan Development Expenses | | | |
| Line 11b | Distribution Plan Implementation Expenses: | | | |
| | 1. Fees: | | | |
| | Fund Administrator........................................ | | | |
| | IDC............................................................. | | | |
| | Distribution Agent.......................................... | | | |
| | Consultants.................................................. | | | |
| | Legal Advisers.............................................. | | | |
| | Tax Advisers................................................. | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan...................... | | | |
| | Claimant Identification.................................... | | | |
| | Claims Processing......................................... | | | |
| | Web Site Maintenance/Call Center.................... | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | |
| | Total Plan Implementation Expenses | | | |
| | Total Disbursements for Distribution Expenses Paid by the Fund | | | |
| Line 12 | Disbursements to Court/Other: | | | |
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | | | |
| Line 12b | Federal Tax Payments | | | |
| | Total Disbursements to Court/Other: | | | |
| | Total Funds Disbursed (Lines 9 – 11): | | | |
| Line 13 | Ending Balance (As of MM/DD/YYYY): | | | 11,071.06 |

Fund Accounting Report, Ex A, page 1

| Line 14 | Ending Balance of Fund – Net Assets: | | | |
|---|---|---|---|---|
| Line 14a | Cash & Cash Equivalents | | | |
| Line 14b | Investments | | | |
| Line 14c | Other Assets or Uncleared Funds | | | |
| | Total Ending Balance of Fund – Net Assets | | | 11,071.06 |

**OTHER SUPPLEMENTAL INFORMATION:**

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | *Report of Items NOT To Be Paid by the Fund:* | | | |
| Line 15 | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | |
| Line 15a | Plan Development Expenses Not Paid by the Fund: | | | |
| | 1. Fees: | | | |
| |    Fund Administrator............................... | | | |
| |    IDC...................................................... | | | |
| |    Distribution Agent................................ | | | |
| |    Consultants.......................................... | | | |
| |    Legal Advisers..................................... | | | |
| |    Tax Advisers........................................ | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | *Total Plan Development Expenses Not Paid by the Fund* | | | |
| Line 15b | Plan Implementation Expenses Not Paid by the Fund: | | | |
| | 1. Fees: | | | |
| |    Fund Administrator............................... | | | |
| |    IDC...................................................... | | | |
| |    Distribution Agent................................ | | | |
| |    Consultants.......................................... | | | |
| |    Legal Advisers..................................... | | | |
| |    Tax Advisers........................................ | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| |    Notice/Publishing Approved Plan........ | | | |
| |    Claimant Identification......................... | | | |
| |    Claims Processing............................... | | | |
| |    Web Site Maintenance/Call Center..... | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. FAIR Reporting Expenses | | | |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | | | |
| Line 15c | Tax Administrator Fees & Bonds Not Paid by the Fund | | | |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | |
| Line 16 | **Disbursements to Court/Other Not Paid by the Fund:** | | | |
| Line 16a | Investment Expenses/CRIS Fees | | | |
| Line 16b | Federal Tax Payments | | | |
| | **Total Disbursements to Court/Other Not Paid by the Fund:** | | | |
| Line 17 | **DC & State Tax Payments** | | | |
| Line 18 | **No. of Claims:** | | | |
| Line 18a | # of Claims Received This Reporting Period................................................ | | | |
| Line 18b | # of Claims Received Since Inception of Fund............................................ | | | |
| Line 19 | **No. of Claimants/Investors:** | | | |
| Line 19a | # of Claimants/Investors Paid This Reporting Period.................................... | | | |
| Line 19b | # of Claimants/Investors Paid Since Inception of Fund................................. | | | |

Receiver:

By: *Faith Devine*
   (signature)

FAITH A. DEVINE
(printed name)

Receiver
(title)

Date: 3/31/2020

# **CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all participants in the case who are registered CM/ECF users.

                                               /s/ Faith A. Devine
                                           FAITH A. DEVINE